IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAGALE BROWN ROSTICK,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-0999** |
| | : | |
| **JAMES SCAPERATTO,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 21st day of March, 2023, upon consideration of Plaintiff Lagale Brown Rostick's Motion to Proceed *In Forma Pauperis* (ECF No. 4), and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous for the reasons stated in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                BY THE COURT:

                                                _____

                                                **MIA ROBERTS PEREZ, J.**